[No. 68025-1-I.   Division One.   May 20, 2013.]

THOMAS OSTHELLER, *Appellant*, v. THE CITY OF BURLINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-2-02368-5, John M. Meyer, J., entered November 2, 2011. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68193-1-I.   Division One.   May 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. B.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-02314-3, Christopher A. Washington, J., entered December 16, 2011. *Dismissed* by unpublished per curiam opinion.

[No. 68463-9-I.   Division One.   May 20, 2013.]

FRIENDS OF NORTH KELSEY, *Appellant*, v. THE CITY OF MONROE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-05253-1, Richard T. Okrent, J., entered February 13, 2012. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Cox and Verellen, JJ.

[No. 68578-3-I.   Division One.   May 20, 2013.]

CONCRETE SERVICES, INC., *Plaintiff*, v. ROBERT KANANY, *Appellant*, OVIDIO ESCAMILLA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-06656-6, Mary E. Roberts, J., entered March 6, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Lau, J.